IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANSON SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2818 |
| | : | |
| ANDREW SAUL,[1] | : | |
| *COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

# **ORDER**

AND NOW, this 18th day of December 2019, upon consideration of Plaintiff Anson Smith's Request for Review, and Defendant Andrew Saul, Commissioner of Social Security's response, and after careful and independent review of the Report and Recommendation of the United States Chief Magistrate Judge Linda K. Caracappa, Smith's objections, and the Commissioner's response to Smith's objections, and for the reasons set forth in the accompanying Memorandum it is ORDERED:

1. Smith's objections to the Report and Recommendation (Document 16) are OVERRULED;

2. The Report and Recommendation (Document 15) is APPROVED and ADOPTED;

3. Smith's Request for Review (Document 12) is DENIED.

4. The Clerk of Court is directed to mark this case CLOSED.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.

BY THE COURT:


<u>Juan R. Sánchez</u>
Juan R. Sánchez, C.J.